# **<u>EXHIBIT 2</u>**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　v.<br><br>MARLETTE FUNDING, LLC d/b/a BEST EGG,<br><br>　　　Defendant. | Civil Action No. _____ |

**<u>DECLARATION OF ALEX RHODES</u>**

I, Alex Rhodes, being duly sworn, depose and state the following under oath:

1.　I am Managing Director of Operations at Marlette Funding, LLC d/b/a Best Egg ("Marlette" or "Defendant").  In this position, I lead the strategic direction of Marlette's customer contact centers, outsourced providers, and technology platform management.

2.　I make this Declaration in support of Marlette's Notice of Removal in the matter captioned above.  This Declaration is based upon my knowledge, review of the putative Class Action Complaint (the "Complaint") and Notice of Removal in the matter captioned above and on information gathered from my review of pertinent business records within Marlette's custody and control.

3.　Marlette is a limited liability company.

4.　Marlette's sole member is Marlette Holdings, Inc., a Delaware corporation having a principal place of business in Delaware.

5.　Based on its records, Marlette has calculated that during the six-year period prior to the filing of the Complaint, the difference between the total amount of contractual interest paid

by customers with a Pennsylvania mailing address at the time of the execution of a loan agreement in an amount less than $25,000 and the amount of interest that such customers would have paid, assuming that those same interest payments were limited to 6 percent, is approximately $30 million.

6.      Approximately 24,000 customers with a Pennsylvania mailing address at the time of execution were issued a "Best Egg" personal loan in an amount less than $25,000 that had an interest rate in excess of 6% during the six years prior to the filing of the Complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 26th day of July, 2021.

_/s/ Alex Rhodes_____