**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MARLETTE FUNDING, LLC d/b/a BEST EGG,<br><br>    Defendant. | Civil Action No. 2:21-cv-00985-RJC |

**DEFENDANT MARLETTE FUNDING, LLC d/b/a BEST EGG'S
<u>MOTION TO COMPEL INDIVIDUAL ARBITRATION</u>**

Pursuant to the Federal Arbitration Act (the "FAA"), 9 U.S.C. § 1 *et seq.*, Defendant Marlette Funding, LLC d/b/a Best Egg files this Motion to Compel Individual Arbitration (the "Motion"). The grounds for the Motion are set forth in the accompanying Memorandum in Support, which is incorporated fully by reference. A Proposed Order is attached.

Dated: August 2, 2021

**REED SMITH LLP**

<u>*/s/ Justin J. Kontul*</u>
Justin J. Kontul
Pa. I.D. No. 206026
Alex G. Mahfood
Pa. I.D. No. 324047
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
T: (412) 288-3131
F: (412) 288-3063
jkontul@reedsmith.com
amahfood@reedsmith.com

*Counsel for Defendant
Marlette Funding, LLC
d/b/a Best Egg*

## CERTIFICATE OF CONFERRAL

I certify that on July 8 and 12, 2021, counsel for Defendant Marlette Funding, LLC d/b/a Best Egg ("Marlette") met and conferred with counsel for Plaintiff Ronald Henry in an effort to resolve the issues raised in this Motion to Compel Individual Arbitration (the "Motion") without the need for this Court's intervention.  The parties were unable to reach a resolution.  Marlette reserves its right to file a motion under Fed. R. Civ. P. 12(b) in the event that this Motion is not granted and this case proceeds in this Court.

*/s/ Justin J. Kontul*

## **CERTIFICATE OF SERVICE**

I certify that on August 2, 2021, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system, which will send notification of such filing to counsel or parties

of record electronically by CM/ECF.

*/s/ Justin J. Kontul*