**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>MARLETTE FUNDING, LLC d/b/a BEST EGG,<br><br>     Defendant. | Civil Action No. 2:21-cv-00985-RJC |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____, 2021, upon consideration of Defendant Marlette Funding, LLC d/b/a Best Egg's Motion to Compel Individual Arbitration (the "Motion"), Memorandum in Support, any response in opposition thereto, any reply in support thereof, and any argument of counsel, it is hereby **ORDERED** that the Motion is **GRANTED**. The disputes at issue in this case are compelled to individual arbitration, and this case is stayed pending completion of arbitration.

BY THE COURT:

_____, J.