**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MARLETTE FUNDING, LLC d/b/a BEST EGG,<br><br>    Defendant. | Civil Action No. 2:21-cv-00985-RJC |

### [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2021, upon consideration

of Defendant Marlette Funding, LLC d/b/a Best Egg's Second Motion to Compel Individual

Arbitration (the "Motion"), Memorandum in Support, any response in opposition thereto, any reply

in support thereof, and any argument of counsel, it is hereby **ORDERED** that the Motion is

**GRANTED**.  The disputes at issue in this case are compelled to individual arbitration, and this

case is stayed pending completion of arbitration.


                                                 BY THE COURT:


                                                 _____, J.