# EXHIBIT A

| acct_num | first_name | last_name | suffix | open_dt | originating_bank | Assignor | Assignee | change_date |
|----------|------------|-----------|--------|---------|------------------|----------|----------|-------------|
| 30617468 | Ronald | Henry | | 10/14/2015 | Cross River Bank | | Cross River Bank | 10/14/2015 |
| 30617468 | Ronald | Henry | | 10/14/2015 | Cross River Bank | Cross River Bank | Marlette Funding Consumer Loan Trust | 10/16/2015 |
| 30617468 | Ronald | Henry | | 10/14/2015 | Cross River Bank | Marlette Funding Consumer Loan Trust | MF Trust 2015-A | 3/28/2016 |
| 30617468 | Ronald | Henry | | 10/14/2015 | Cross River Bank | MF Trust 2015-A | Marlette Funding Consumer Loan Trust | 8/2/2016 |
| 30617468 | Ronald | Henry | | 10/14/2015 | Cross River Bank | Marlette Funding Consumer Loan Trust | UHG I LLC | 7/27/2020 |