# EXHIBIT B

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated, | Case No. 2:21-cv-00985 |
| Plaintiff, | |
| v. | |
| MARLETTE FUNDING, LLC d/b/a BEST EGG, | |
| Defendant. | |

**DECLARATION OF RONALD HENRY**

I, Ronald Henry, declare as follows:

1.    I am a Plaintiff in this lawsuit against Marlette Funding, LLC d/b/a Best Egg.

2.    I declare the following is true and accurate to the best of my knowledge.

3.    I am an adult individual residing in Westmoreland County, Pennsylvania.

4.    I have reviewed the Loan Agreement attached to Marlette's Motion to Compel.

5.    I do not recall ever receiving the Loan Agreement.

6.    I do not recall being given notice of the Loan Agreement.

7.    I never read the Loan Agreement.

8.    I did not print the words "Signed Electronically" on the Loan Agreement.

9.    I did not print the date "10/13/2015" on the Loan Agreement.

10.    I did not print any words on the Loan Agreement.

I declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.


Ronald Henry

/s/ Ronald Henry
*E-Signed with Permission*