# <u>EXHIBIT 1</u>

**Mahfood, Alex G.**

| | |
|---|---|
| **From:** | Kontul, Justin J. |
| **Sent:** | Tuesday, August 10, 2021 2:44 PM |
| **To:** | 'Kevin Abramowicz'; Kevin Tucker |
| **Cc:** | Mahfood, Alex G. |
| **Subject:** | FW: Henry v. Marlette - Motion to Compel |
| **Attachments:** | MARLETTE_000001.csv; MARLETTE_000001.pdf |

Kevin and Kevin,
Per your request, attached please find the "register" relating to Plaintiff's loan. The document has been marked "Confidential," and we request that Plaintiff maintain it as such.

Additionally, Defendant does not believe that discovery is necessary regarding its motion to compel arbitration and, as such, does not agree to Plaintiff's request.

Regards,
Justin

**From:** Kevin Abramowicz <kabramowicz@eastendtrialgroup.com>
**Sent:** Wednesday, August 4, 2021 9:13 AM
**To:** Kontul, Justin J. <JKontul@ReedSmith.com>; Mahfood, Alex G. <AMahfood@reedsmith.com>
**Cc:** Kevin Tucker <ktucker@eastendtrialgroup.com>
**Subject:** Henry v. Marlette - Motion to Compel

EXTERNAL E-MAIL - From kabramowicz@eastendtrialgroup.com

Hi Justin and Alex,

Hope all is well since we last spoke. We reviewed the motion to compel and have a few questions.

First, can your client please produce the "Register" identified in Section 16 of the "Loan Agreement" attached as Exhibit 1 to your motion? Section 16 states that the "Register shall be available for inspection by you and any holder (including assignees), at any reasonable time and from time to time upon."

Second, is your client willing to join in asking for a short discovery period concerning the motion to compel? We were thinking 120 days. The discovery would be focused on arbitration, including the contract formation issue (given we still do not know how Mr. Henry is alleged to have signed or agreed to the "Loan Agreement") and the transfer issue concerning the "Loan Agreement" (given that there is no evidence that the agreement or right to arbitrate was transferred). These types of requests usually are granted when extrinsic evidence is introduced on a motion to compel. *See, e.g.*, Fed. R. Civ. P. 56(d); *Haston v. Resurgent Capital Services, L.P.*, No. 20-1008, 2020 U.S. Dist. LEXIS 239227 (W.D. Pa. Dec. 21, 2020).

Third, if your client is unwilling to join in asking for a short discovery period, will your client oppose a 21 day extension to respond to the motion to compel?

Thank you in advance for your consideration,

-Kevin

1

--
Kevin Abramowicz
East End Trial Group LLC
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 223-5740
Fax. (412) 626-7101
kabramowicz@eastendtrialgroup.com

