**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated, | Case No. 2:21-cv-00985 |
| Plaintiff, | |
| v. | |
| MARLETTE FUNDING, LLC d/b/a BEST EGG, | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S**
**SECOND MOTION TO COMPEL INDIVIDUAL ARBITRATION**

Plaintiff Ronald Henry, by and through undersigned counsel, files this motion for leave to file a sur-reply to Defendant Marlette Funding, LLC's second motion to compel arbitration. A sur-reply is necessary to respond to new arguments and evidence that Marlette did not raise or present in its first or second motions to compel arbitration. Henry respectfully requests that the Court grant this motion for leave, allow Henry to file the sur-reply attached as Exhibit 1, and enter the attached proposed order.

Respectfully submitted,

Dated: September 28, 2021          By:   /s/ Kevin Abramowicz
                                        Kevin Abramowicz
                                        Kevin Tucker
                                        Chandler Steiger
                                        Stephanie Moore
                                        **East End Trial Group LLC**
                                        6901 Lynn Way, Suite 215
                                        Pittsburgh, PA 15208
                                        (412) 223-5740 – office
                                        (412) 626-7101 – fax
                                        kabramowicz@eastendtrialgroup.com
                                        ktucker@eastendtrialgroup.com
                                        csteiger@eastendtrialgroup.com
                                        smoore@eastendtrialgroup.com

                                        *Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that the forgoing document was served on all counsel of record by electronic means via the Court's ECF/CM system.

                                        /s/ Kevin Abramowicz
                                        Kevin Abramowicz

2