**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

RONALD HENRY, individually and
on behalf of all others similarly situated,

        Plaintiff,

    v.

MARLETTE FUNDING, LLC d/b/a
BEST EGG,

        Defendant.

Case No. 2:21-cv-00985

## <u>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S SECOND MOTION TO COMPEL INDIVIDUAL ARBITRATION</u>

AND NOW, this ___ day of _____, upon consideration of Plaintiff's motion for leave to file sur-reply to Defendant's second motion to compel individual arbitration, and all related papers, said motion is GRANTED. Plaintiff shall file the reply brief attached as Exhibit 1 to his motion within one (1) day of the date of this order.

BY THE COURT:

_____
ROBERT J. COLVILLE
United States District Judge