Case 2:21-cv-00985-RJC   Document 17-2   Filed 09/28/21   Page 1 of 1

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARLETTE FUNDING, LLC d/b/a BEST EGG,<br><br>Defendant. | Case No. 2:21-cv-00985 |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S SECOND MOTION TO COMPEL INDIVIDUAL ARBITRATION

AND NOW, this _28th_ day of _September_, upon consideration of Plaintiff's motion for leave to file sur-reply to Defendant's second motion to compel individual arbitration, and all related papers, said motion is GRANTED. Plaintiff shall file the reply brief attached as Exhibit 1 to his motion within one (1) day of the date of this order, _September 29, 2021_

BY THE COURT:

_____
ROBERT J. COLVILLE
United States District Judge