**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARLETTE FUNDING, LLC d/b/a BEST EGG,<br><br>Defendant. | Civil Action No. 2:21-cv-00985-RJC |

**DEFENDANT MARLETTE FUNDING, LLC d/b/a BEST EGG'S
MOTION FOR LEAVE TO FILE SUR-SUR REPLY IN SUPPORT OF
SECOND MOTION TO COMPEL INDIVIDUAL ARBITRATION**

Defendant Marlette Funding, LLC d/b/a Best Egg ("Marlette") files this Motion for Leave to File a brief three-page Sur-Sur Reply in Support of Marlette's Second Motion to Compel Individual Arbitration. A Sur-Sur Reply is necessary to respond to new arguments raised in Plaintiff Ronald Henry's eight-page Sur-Reply (Dkt. 19). Marlette respectfully requests that the Court grant this Motion for Leave, allow Marlette to file the Sur-Sur Reply attached as **Exhibit 1**, and enter the attached Proposed Order.

- 2 -

Dated: September 30, 2021                    **REED SMITH LLP**


                                            */s/ Justin J. Kontul*
                                            Justin J. Kontul
                                            Pa. I.D. No. 206026
                                            Alex G. Mahfood
                                            Pa. I.D. No. 324047
                                            225 Fifth Avenue, Suite 1200
                                            Pittsburgh, PA 15222
                                            T: (412) 288-3131
                                            F: (412) 288-3063
                                            jkontul@reedsmith.com
                                            amahfood@reedsmith.com

                                            *Counsel for Defendant*
                                            *Marlette Funding, LLC*
                                            *d/b/a Best Egg*

**CERTIFICATE OF SERVICE**

I certify that on September 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

*/s/ Justin J. Kontul*