**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MARLETTE FUNDING, LLC d/b/a BEST EGG,<br><br>        Defendant. | Civil Action No. 2:21-cv-00985-RJC |

## [PROPOSED] ORDER

    **AND NOW**, this _____ day of _____, 2021, upon consideration of Defendant Marlette Funding, LLC d/b/a Best Egg's ("Marlette") Motion for Leave to File Sur-Sur Reply in Support of Second Motion to Compel Individual Arbitration (the "Motion"), it is hereby **ORDERED** that the Motion is **GRANTED**.  Marlette shall file the Sur-Sur Reply attached to the Motion as **Exhibit 1** within one (1) day of this Order.

BY THE COURT:


_____, J.