## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated, | Civil Action No. 2:21-cv-00985-RJC |
| Plaintiff, | |
| v. | |
| MARLETTE FUNDING, LLC d/b/a BEST EGG, | |
| Defendant. | |

**ORDER**

**AND NOW**, this _30th_ day of _September_, 2021, upon consideration of Defendant Marlette Funding, LLC d/b/a Best Egg's ("Marlette") Motion for Leave to File Sur-Sur Reply in Support of Second Motion to Compel Individual Arbitration (the "Motion"), it is hereby **ORDERED** that the Motion is **GRANTED**. Marlette shall file the Sur-Sur Reply attached to the Motion as **Exhibit 1** within one (1) day of this Order, _October 1, 2021_.

BY THE COURT:

_____, J.