**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

RONALD HENRY, individually and
on behalf of all others similarly situated,

            Plaintiff,

    v.

MARLETTE FUNDING, LLC d/b/a
BEST EGG,

            Defendant.

Case No. 2:21-cv-00985

## MOTION REQUESTING ORAL ARGUMENT

Plaintiff Ronald Henry, by and through undersigned counsel, respectfully requests that the Court schedule oral argument on Defendant Marlette Funding, LLC's second motion to compel arbitration. Argument will materially advance the decisional process in this case given the fact that various arguments and evidence were raised and responded to in the reply, sur-reply, and sur-sur-reply filed in connection with Marlette's second motion to compel. For example, Marlette raised an agency argument in its reply brief. Given the complex nature of this question, and that it was raised in a reply brief, Henry believes argument would materially advance the decisional process of resolving this question and allow the parties to fully inform the Court of the state of New Jersey law as to whether agents can compel arbitration. Argument also would allow the parties to inform the Court on the other issues presented by the reply, sur-reply, and sur-sur-reply filed in this action. Counsel for Henry conferred with counsel for Marlette concerning this motion and Marlette does not consent to the request for argument.

WHEREFORE, Henry respectfully requests that the Court grant this motion, enter the attached proposed order, and schedule oral argument on Marlette's second motion to compel arbitration.

Respectfully submitted,

Dated: November 22, 2021          By:    /s/ Kevin Abramowicz
                                         Kevin Abramowicz
                                         Kevin Tucker
                                         Chandler Steiger
                                         Stephanie Moore
                                         **East End Trial Group LLC**
                                         6901 Lynn Way, Suite 215
                                         Pittsburgh, PA 15208
                                         (412) 223-5740 – office
                                         (412) 626-7101 – fax
                                         kabramowicz@eastendtrialgroup.com
                                         ktucker@eastendtrialgroup.com
                                         csteiger@eastendtrialgroup.com
                                         smoore@eastendtrialgroup.com

                                         *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing document was served on all counsel of record by electronic means via the Court's ECF/CM system.

                                         /s/ Kevin Abramowicz
                                         Kevin Abramowicz

2