**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated, | Case No. 2:21-cv-00985 |
| Plaintiff, | |
| v. | |
| MARLETTE FUNDING, LLC d/b/a BEST EGG, | |
| Defendant. | |

## ORDER GRANTING MOTION REQUESTING ORAL ARGUMENT

AND NOW, this ____ day of _____, upon consideration of Plaintiff's motion

requesting oral argument, and all related papers, said motion is GRANTED. Argument concerning

the second motion to compel arbitration is scheduled for _____.


BY THE COURT:


_____

ROBERT J. COLVILLE
United States District Judge