**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARLETTE FUNDING, LLC d/b/a BEST EGG,<br><br>Defendant. | Civil Action No. 2:21-cv-00985-RJC |

**DEFENDANT MARLETTE FUNDING, LLC d/b/a BEST EGG'S
RESPONSE TO PLAINTIFF'S MOTION REQUESTING ORAL ARGUMENT**

In response to Plaintiff's Motion Requesting Oral Argument on Defendant Marlette Funding, LLC d/b/a Best Egg's ("Marlette") Second Motion to Compel Individual Arbitration (the "Motion to Compel") (Dkt. 12), Marlette respectfully submits that oral argument will not "materially advance the decisional process" because the parties' positions are clearly reflected in the thorough and extensive briefing before the Court (Dkts. 13, 14, 16, 19, 22). *See* Practices and Procedures of Judge Robert J. Colville § II.A; Standing Order and Procedures on Civil Motions of Judge Robert J. Colville § 6. However, if the Court believes that oral argument would be helpful in deciding the Motion to Compel, Marlette, of course, would welcome the opportunity to present its position to the Court.

- 2 -

Dated: November 23, 2021

**REED SMITH LLP**

/s/ Justin J. Kontul
Justin J. Kontul
Pa. I.D. No. 206026
Alex G. Mahfood
Pa. I.D. No. 324047
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
T: (412) 288-3131
F: (412) 288-3063
jkontul@reedsmith.com
amahfood@reedsmith.com

*Counsel for Defendant*
*Marlette Funding, LLC*
*d/b/a Best Egg*

- 2 -

## **CERTIFICATE OF SERVICE**

I certify that on November 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

*/s/ Justin J. Kontul*