**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated, | Civil Action No. 2:21-cv-00985-RJC |
| Plaintiff, | |
| v. | |
| MARLETTE FUNDING, LLC d/b/a BEST EGG, | |
| Defendant. | |

**DEFENDANT MARLETTE FUNDING, LLC d/b/a BEST EGG'S NOTICE REGARDING
SECOND MOTION TO COMPEL INDIVIDUAL ARBITRATION**

Defendant Marlette Funding, LLC d/b/a Best Egg's ("Marlette") has learned that counsel for Plaintiff Ronald Henry ("Henry") recently made arguments and representations regarding Marlette's Second Motion to Compel Individual Arbitration (the "Motion to Compel") (Dkt. 12) in an entirely different case to which Marlette is not a party. *See McDaid v. Avant, LLC f/k/a Avant, Inc.*, Case No. 2:21-cv-01135, Dkt. 38 at 8-9 (W.D. Pa.) ("*Avant*"). Not only is it inappropriate for Henry's counsel to argue the merits of the Motion to Compel in a separate case to which Marlette is not a party, but the representations made by Henry's counsel in *Avant* are false. Marlette filed the Motion to Compel under Fed. R. Civ. P. 12(b)(6). Dkts. 12-13. In opposition, and without requesting discovery, Henry claimed that the Motion to Compel should be decided under Fed. R. Civ. P. 56 and introduced evidence beyond the pleadings. Dkts. 14, 14-1, 14-2. On reply, due to Henry's reliance on Fed. R. Civ. P. 56, Marlette properly submitted evidence *refuting* the evidence introduced in Henry's opposition. Dkts, 16, 16-1, 16-2. The fact that Henry's counsel filed a motion for discovery in *Avant* demonstrates that the approach he pursued in opposing Marlette's Motion to Compel here was fundamentally flawed. In any event,

- 2 -

the Court provided Henry with a full and complete opportunity to respond when it granted Henry leave to file a sur-reply addressing Marlette's reply and the evidence submitted therewith.  Dkts. 17-19.  In sum, the Court should disregard the improper and untrue attacks against Marlette, its counsel, and the Motion to Compel, which were levied by Henry's counsel in *Avant*, an entirely different case to which Marlette is not a party.

Dated: December 6, 2021                           **REED SMITH LLP**


                                                  */s/ Justin J. Kontul*
                                                  Justin J. Kontul
                                                  Pa. I.D. No. 206026
                                                  Alex G. Mahfood
                                                  Pa. I.D. No. 324047
                                                  225 Fifth Avenue, Suite 1200
                                                  Pittsburgh, PA 15222
                                                  T: (412) 288-3131
                                                  F: (412) 288-3063
                                                  jkontul@reedsmith.com
                                                  amahfood@reedsmith.com

                                                  *Counsel for Defendant*
                                                  *Marlette Funding, LLC d/b/a Best Egg*

- 2 -

**CERTIFICATE OF SERVICE**

I certify that on December 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

*/s/ Justin J. Kontul*
*Counsel for Defendant*
*Marlette Funding, LLC d/b/a Best Egg*