**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>MARLETTE FUNDING, LLC d/b/a BEST EGG,<br><br>      Defendant. | Civil Action No. 2:21-cv-00985-RJC |

**JOINT MOTION FOR ENTRY OF STIPULATED**
**CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

Plaintiff Ronald Henry ("Plaintiff" or "Henry") and Defendant Marlette Funding, LLC d/b/a Best Egg ("Marlette" or "Defendant") (collectively, the "Parties") file this Joint Motion for Entry of Stipulated Confidentiality Agreement and Protective Order.  The Parties have agreed that the exchange of documents during discovery related to the issue of arbitrability (*see* Dkt. 26 at 3-4) should be covered by a protective order covering the designation of confidential information as well as implementing Fed. R. Evid. 502(d).

WHEREFORE, the Parties request that the Court enter the accompanying Stipulated Confidentiality Agreement and Protective Order.

- 2 -

Dated: May 11, 2022

**EAST END TRIAL GROUP LLC**

/s/ Kevin Abramowicz
Kevin Abramowicz
Kevin Tucker
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
T: (412) 223-5740
F: (412) 626-7101
kabramowicz@eastendtrialgroup.com
ktucker@eastendtrialgroup.com

*Counsel for Plaintiff*
*Ronald Henry*

**REED SMITH LLP**

/s/ Justin J. Kontul
Justin J. Kontul
Pa. I.D. No. 206026
Alex G. Mahfood
Pa. I.D. No. 324047
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
T: (412) 288-3131
F: (412) 288-3063
jkontul@reedsmith.com
amahfood@reedsmith.com

*Counsel for Defendant*
*Marlette Funding, LLC d/b/a Best Egg*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

*/s/ Justin J. Kontul*