**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>MARLETTE FUNDING, LLC d/b/a BEST EGG,<br><br>        Defendant. | Civil Action No. 2:21-cv-00985-RJC |

**[PROPOSED] ORDER**

     **AND NOW**, this _____ day of _____, 2022, upon consideration of Defendant Marlette Funding, LLC d/b/a Best Egg's ("Marlette") Unopposed Motion for Leave to File Documents Under Seal ("Motion"), it is hereby **ORDERED** that the Motion is **GRANTED**. Marlette is granted leave to file documents under seal in connection with its forthcoming Third Motion to Compel Arbitration on or before May 27, 2022.

                          BY THE COURT:

                          _____, J.