**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated, | Civil Action No. 2:21-cv-00985-RJC |
| Plaintiff, | |
| v. | |
| MARLETTE FUNDING, LLC d/b/a BEST EGG, | |
| Defendant. | |

**DEFENDANT MARLETTE FUNDING, LLC d/b/a BEST EGG'S
THIRD MOTION TO COMPEL INDIVIDUAL ARBITRATION**

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.* and the Court's March 29, 2022 Memorandum Order, Defendant Marlette Funding, LLC d/b/a Best Egg files this Third Motion to Compel Individual Arbitration ("Motion"). The grounds for the Motion are set forth in the accompanying Concise Statement of Material Facts in Support, Memorandum in Support, and Appendix in Support, which are all incorporated fully by reference. A Proposed Order is attached.

- 2 -

Dated: May 27, 2022

**REED SMITH LLP**

*/s/ Justin J. Kontul*
Justin J. Kontul
Pa. I.D. No. 206026
Alex G. Mahfood
Pa. I.D. No. 324047
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
T: (412) 288-3131
F: (412) 288-3063
jkontul@reedsmith.com
amahfood@reedsmith.com

*Counsel for Defendant*
*Marlette Funding, LLC*
*d/b/a Best Egg*

## CERTIFICATE OF CONFERRAL

I certify that on May 23, 2022, counsel for Defendant Marlette Funding, LLC d/b/a Best Egg ("Marlette") met and conferred with counsel for Plaintiff Ronald Henry in an effort to resolve the issues raised in this Third Motion to Compel Individual Arbitration ("Motion") without the need for this Court's intervention.  The parties were unable to reach a resolution.

Marlette reserves its right to file a motion to dismiss Plaintiff's Complaint under Fed. R. Civ. P. 12(b) in the event that this Motion ultimately is not granted and this case proceeds in this Court.

*/s/ Justin J. Kontul*

**CERTIFICATE OF SERVICE**

I certify that on May 27, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

*/s/ Justin J. Kontul*