**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MARLETTE FUNDING, LLC d/b/a BEST EGG, <br><br> Defendant. | Civil Action No. 2:21-cv-00985-RJC |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____, 2022, upon consideration of Defendant Marlette Funding, LLC d/b/a Best Egg's Third Motion to Compel Individual Arbitration ("Motion"), Concise Statement of Material Facts in Support, Memorandum in Support, and Appendix in Support, any response in opposition to the Motion, any reply in support of the Motion, and any argument of counsel, it is hereby **ORDERED** that the Motion is **GRANTED**. The disputes at issue in this case are compelled to individual arbitration, and this case is dismissed.

BY THE COURT:

_____, J.