## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MARLETTE FUNDING, LLC d/b/a BEST EGG,<br><br>    Defendant. | Civil Action No. 2:21-cv-00985-RJC |

### DEFENDANT MARLETTE FUNDING, LLC d/b/a BEST EGG'S APPENDIX
### IN SUPPORT OF THIRD MOTION TO COMPEL INDIVIDUAL ARBITRATION

Pursuant to Local Rule LCvR 56 of the Local Rules for the United States District Court for the Western District of Pennsylvania, Defendant Marlette Funding, LLC d/b/a Best Egg submits this Appendix in Support of Third Motion to Compel Individual Arbitration.

| Exhibit Number | Description |
|---|---|
| 1 | Declaration of Alessandro Rhodes |
| 2 | Loan Agreement (MARLETTE_000135) |
| 3 | Application Flow (MARLETTE_000002) |
| 4 | Henry's Web Events Log (MARLETTE_000127) |
| 5 | Plaintiff's Responses to Defendant's First Set of Arbitration-Related Interrogatories and Requests for Production of Documents |
| 6 | Register (MARLETTE_000001) |
| 7 | Marlette's Business Record Reflecting October 16, 2015 Assignment From CRB to MF Consumer Loan Trust (MARLETTE_000195) |
| 8 | Marlette's Business Record Reflecting March 28, 2016 Assignment From MF Consumer Loan Trust to MF Trust 2015-A (MARLETTE_000194) |

- 2 -

| Exhibit Number | Description |
|---|---|
| 9 | Marlette's Business Record Reflecting August 2, 2016 Assignment From MF Trust 2015-A to MF Consumer Loan Trust (MARLETTE_000193) |
| 10 | MF Consumer Loan Trust Amended Trust Agreement Excerpts (MARLETTE_000069) |
| 11 | MF Trust 2015-A Amended Trust Agreement Excerpts (MARLETTE_000021) |

Dated: May 27, 2022                          **REED SMITH LLP**


*/s/ Justin J. Kontul*
Justin J. Kontul
Pa. I.D. No. 206026
Alex G. Mahfood
Pa. I.D. No. 324047
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
T: (412) 288-3131
F: (412) 288-3063
jkontul@reedsmith.com
amahfood@reedsmith.com

*Counsel for Defendant*
*Marlette Funding, LLC*
*d/b/a Best Egg*

## CERTIFICATE OF SERVICE

I certify that on May 27, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

*/s/ Justin J. Kontul*