# EXHIBIT 3

Confidential

MARLETTE_000002



MARLETTE_000003



Confidential

MARLETTE_000004



Alternate landing page—customized for Credit Sesame

MARLETTE_000005



Name and address page if Full App customer only



MARLETTE_000007



TCPA disclosure pops up as soon as someone enters the mobile phone field.

Confidential

MARLETTE_000008



MARLETTE_000009



Income disclosure pops on both individual and household income as soon as customer clicks on or tabs into field.

Credit Report Authorization has Patriot Act Disclosure (see next page).

MARLETTE_000010



### CREDIT REPORT AUTHORIZATION

You understand that by checking the Credit Report Authorization checkbox, you are providing "written instructions" to Cross River Bank and Best Egg under the Fair Credit Reporting Act authorizing Cross River Bank and Best Egg to obtain information from your personal credit profile or other information from the credit bureaus. You authorize Cross River Bank and Best Egg to obtain this information solely for loan prequalification.

Should you apply for a loan, you certify that the information you have provided is true and correct and will be relied upon by Cross River Bank in evaluating you for credit offers. You authorize Cross River Bank and Best Egg to verify the information you provide to them, including contacting third parties to do so.

You authorize Cross River Bank and Best Egg to report to credit reporting agencies their credit experiences with you from time to time.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT:

To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: when you open an account, Cross River Bank and Best Egg will ask for your name, address, date of birth, and other information that will allow them to identify you.

MARLETTE_000011



Confidential

MARLETTE_000012



TILA Page



Blank full TILA for reference

MARLETTE_000014

**8. Making Your Loan Payments.** If you authorize us and our successors and assigns (and any of our successors' and assignees' affiliates, agents or service providers), we will debit your designated account by ACH transfer for the amount of the payment due on its due date. You may elect to make payments by check, by contacting our customer service department at 1-844-825-2608. If you elect to make payments by check, you must send the checks either (i) by regular mail to Systems & Services Technologies Inc., P.O. Box 5493, Carol Stream, IL 60197-5493, or (ii) by overnight mail or UPS delivery to Systems and Services Technologies Inc., Attn Lockbox Operations Box #5493, 2400 Ogden Ave, Ste. 120, Lisle, IL, 60532. If you do not elect to make payments by check, you authorize us and our successors and assigns (and any of our successors' and assignees' affiliates, agents or service providers) to debit your designated account by ACH transfer for the amount of each remaining payment due on its due date, however, if your payment due date occurs on a non-business day, your account will be debited the next business day. You will maintain sufficient funds in your designated account to make these payments. This authorization does not affect your obligation to pay when due all amounts payable on your loan, whether or not there are sufficient funds in your accounts. The foregoing authorization is in addition to, and not in limitation of, any rights of setoff we may have. With regard to payments made by automatic withdrawal, you have the right to stop payment of automatic withdrawals or revoke your prior authorization for automatic withdrawals by notifying us or your financial institution at least three (3) banking days before the scheduled date of transfer. You must notify us of the exercise of your right to stop a payment or revoke your authorization for automatic withdrawals at least three (3) banking days before the scheduled date of transfer. You have the right to have any unauthorized debit credited to your bank account in accordance with the applicable provisions of the Electronic Funds Transfer Act as implemented by Federal Reserve System Regulation E. If you stop the automatic withdrawals, you are still obligated to make each payment that is due. You will receive a monthly statement advising of your payment amount. You may contact us for instructions on how to make payments by other payments options.

Ability to opt-out of EFT on Loan Agreement, section 8.

Confidential



Confidential



Authorization for automatic payments also calls out ability to opt-out of EFT payments.

Confidential



Customer must agree to Auth. For automatic payments to get funds.

Confidential

MARLETTE_000018



If documentation is needed, customer sees this screen.

MARLETTE_000019



Approval page if documentation is not needed

Confidential     MARLETTE_000020