# <u>EXHIBIT 4</u>

# CONFIDENTIAL
# FILED UNDER SEAL