# **<u>EXHIBIT 5</u>**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated, | Case No. 2:21-cv-00985-RJC |
| Plaintiff, | |
| v. | |
| MARLETTE FUNDING, LLC d/b/a BEST EGG, | |
| Defendant. | |

**PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF**
**ARBITRATION-RELATED INTERROGATORIES AND**
**REQUESTS FOR PRODUCTION OF DOCUMENTS**

Plaintiff Ronald Henry ("Plaintiff") respectfully responds to Defendant Marlette Funding,

LLC's ("Defendant") First Set of Arbitration-Related Interrogatories and Requests for Production

of Documents as follows:

**ANSWERS TO INTERROGATORIES**

1.      Do You contend that the personal loan that CRB issued to Henry that is referenced

in Paragraph 22 of the FAC is governed by a writing? If so, please identify and describe that

writing. If not, please identify and describe the factual basis for Your contention.

**ANSWER:**

**Plaintiff objects to this Interrogatory as premature because discovery is ongoing and**

**Defendant has not yet filed a renewed motion to compel.**

**Notwithstanding and without waiving any objection(s), Plaintiff does not know**

**whether the personal loan referenced in Paragraph 22 of the FAC is governed by a writing.**

**Further, Plaintiff contended that there was insufficient evidence to establish that the loan**

**was governed by a writing. (*See generally* Case No. 2:21-cv-00985-RJC (W.D. Pa.), Docs. 1-**

1

**27.) Plaintiff reserves the right to assert any other contentions in responding to any further renewed motion to compel arbitration that Defendant may file.**

## RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS

1.      Produce all Documents and Communications identified, described, or relied upon in answering the Interrogatories above.

**RESPONSE:**

**Plaintiff objects to this Request to the extent it seeks production of attorney client communications, protected work product material, and/or other protected information.**

**Notwithstanding and without waiving any objection(s),** *see generally* **Case No. 2:21-cv-00985-RJC (W.D. Pa.), Docs. 1-27.**

2.      Produce all Documents and Communications relating to Henry's application for a personal loan through bestegg.com.

**RESPONSE:**

**Plaintiff objects to this Request as overly broad and not proportional to the needs of the case, and as seeking information that is beyond the scope of discovery as ordered by the Court. (Doc. 26, p. 4.) This Request seeks "all Documents and Communications relating to Henry's application for a personal loan through bestegg.com." However, only those Documents and Communications relating to Henry's application for the personal loan that is referenced in Paragraph 22 of the FAC are relevant. Moreover, only those Documents and Communications relating to whether Plaintiff assented to arbitration or whether Defendant can elect arbitration are within the scope of discovery. Plaintiff also objects to this Request to the extent it seeks production of attorney client communications, protected work product material, and/or other protected information.**

**Notwithstanding and without waiving any objection(s),** *see* **attached/enclosed emails.**

3.     Produce all Documents and Communications relating to the formation of the Loan Agreement.

**RESPONSE:**

**Plaintiff objects to this Request to the extent it seeks production of attorney client communications, protected work product material, and/or other protected information.**

**Notwithstanding and without waiving any objection(s), Plaintiff does not possess any responsive Documents or Communications because Defendant has not provided evidence sufficient to establish that any writing governing the personal loan referenced in Paragraph 22 of the FAC was formed.**

4.     Produce all Documents and Communications relating to the formation of any writing that You contend governs the personal loan that CRB issued to Henry that is referenced in Paragraph 22 of the FAC.

**RESPONSE:**

**Plaintiff objects to this Request to the extent it seeks production of attorney client communications, protected work product material, and/or other protected information.**

**Notwithstanding and without waiving any objection(s), Plaintiff does not possess any responsive Documents or Communications because Defendant has not provided evidence sufficient to establish that any writing governing the personal loan referenced in Paragraph 22 of the FAC was formed.**

5.     Produce all Documents and Communications supporting Your contention that the claims and causes of action asserted in the FAC are not subject to arbitration.

**RESPONSE:**

**Plaintiff objects to this Request to the extent it seeks production of attorney client communications, work product protected material, and/or other protected information.**

**Notwithstanding and without waiving any objection(s),** *see generally* **Case No. 2:21-cv-00985-RJC (W.D. Pa.), Docs. 1-27, Case No. 2:21-cv-00989-RJC (W.D. Pa.), Docs. 1-42, Case No. 2:21-cv-01019-RJC (W.D. Pa.), Docs. 1-32, and all documents produced by Plaintiff or Defendant.**

Dated: May 11, 2022          By:    */s/ Kevin Abramowicz*
                                            Kevin Abramowicz
                                            Kevin Tucker
                                            Chandler Steiger
                                            Stephanie Moore
                                            **East End Trial Group LLC**
                                            6901 Lynn Way, Suite 215
                                            Pittsburgh, PA 15208
                                            (412) 223-5740 – office
                                            (412) 626-7101 – fax
                                            kabramowicz@eastendtrialgroup.com
                                            ktucker@eastendtrialgroup.com
                                            csteiger@eastendtrialgroup.com
                                            smoore@eastendtrialgroup.com

                                            *Attorneys for Plaintiff*

### VERIFICATION OF PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

I, Ronald Henry, verify, based on reasonable inquiry that the foregoing answers are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury that the foregoing is true and correct.

Dated: May 11, 2022          By:    */s/ Ronald Henry*
                                            Ronald Henry
                                            *E-signed With Permission*

4

## CERTIFICATE OF SERVICE

I hereby certify that, on May 11, 2022, the within Plaintiff's Answers and Responses to Defendant's First Set of Arbitration-Related Interrogatories and Requests for Production of Documents was served on the following counsel of record via electronic mail:

**REED SMITH LLP**
Justin J. Kontul
Alex G. Mahfood
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
jknotul@reedsmith.com
amahfood@reedsmith.com

/s/ Kevin Abramowicz
Kevin Abramowicz

5