# EXHIBIT A

# Amortization Calculator



| Loan Amount | $7600.80 |
| --- | --- |
| Loan Term | 3  years |
| Interest Rate (APR) | 6  % |

**Calculate** ▶

**Monthly Pay:  $231.23**

Total of 36 Loan Payments  $8,324.32
Total Interest  $723.52

### Loan Amortization Graph



### Payment Breakdown



## Monthly Amortization Schedule

**Annual Schedule** | **Monthly Schedule**

| | Beginning Balance | Interest | Principal | Ending Balance |
| --- | --- | --- | --- | --- |
| 1 | $7,600.80 | $38.00 | $193.23 | $7,407.57 |
| 2 | $7,407.57 | $37.04 | $194.19 | $7,213.38 |
| 3 | $7,213.38 | $36.07 | $195.16 | $7,018.22 |
| 4 | $7,018.22 | $35.09 | $196.14 | $6,822.08 |
| 5 | $6,822.08 | $34.11 | $197.12 | $6,624.95 |
| 6 | $6,624.95 | $33.12 | $198.11 | $6,426.85 |
| 7 | $6,426.85 | $32.13 | $199.10 | $6,227.75 |
| 8 | $6,227.75 | $31.14 | $200.09 | $6,027.66 |
| 9 | $6,027.66 | $30.14 | $201.09 | $5,826.57 |
| 10 | $5,826.57 | $29.13 | $202.10 | $5,624.47 |

| 11 | $5,624.47 | $28.12 | $203.11 | $5,421.36 |
| 12 | $5,421.36 | $27.11 | $204.12 | $5,217.24 |
| **year 1 end** | | | | |
| 13 | $5,217.24 | $26.09 | $205.14 | $5,012.09 |
| 14 | $5,012.09 | $25.06 | $206.17 | $4,805.92 |
| 15 | $4,805.92 | $24.03 | $207.20 | $4,598.72 |
| 16 | $4,598.72 | $22.99 | $208.24 | $4,390.48 |
| 17 | $4,390.48 | $21.95 | $209.28 | $4,181.20 |
| 18 | $4,181.20 | $20.91 | $210.32 | $3,970.88 |
| 19 | $3,970.88 | $19.85 | $211.38 | $3,759.50 |
| 20 | $3,759.50 | $18.80 | $212.43 | $3,547.07 |
| 21 | $3,547.07 | $17.74 | $213.49 | $3,333.57 |
| 22 | $3,333.57 | $16.67 | $214.56 | $3,119.01 |
| 23 | $3,119.01 | $15.60 | $215.63 | $2,903.37 |
| 24 | $2,903.37 | $14.52 | $216.71 | $2,686.66 |
| **year 2 end** | | | | |
| 25 | $2,686.66 | $13.43 | $217.80 | $2,468.86 |
| 26 | $2,468.86 | $12.34 | $218.89 | $2,249.97 |
| 27 | $2,249.97 | $11.25 | $219.98 | $2,029.99 |
| 28 | $2,029.99 | $10.15 | $221.08 | $1,808.91 |
| 29 | $1,808.91 | $9.04 | $222.19 | $1,586.72 |
| 30 | $1,586.72 | $7.93 | $223.30 | $1,363.43 |
| 31 | $1,363.43 | $6.82 | $224.41 | $1,139.01 |
| 32 | $1,139.01 | $5.70 | $225.53 | $913.48 |
| 33 | $913.48 | $4.57 | $226.66 | $686.81 |
| 34 | $686.81 | $3.43 | $227.80 | $459.02 |
| 35 | $459.02 | $2.30 | $228.93 | $230.08 |
| 36 | $230.08 | $1.15 | $230.08 | $0.00 |
| **year 3 end** | | | | |

by Calculator.net