# EXHIBIT B

**Best Egg**
Loan Payment History
6/24/2021



Best Egg
PO Box 42912
Philadelphia, PA 19101

**Customer Name:** Ronald Henry
**Account number:** ▉▉▉▉▉
**Date:** 24-Jun-21

**RONALD HENRY**

| CALL US AT | 855-282-6353 |
|---|---|
| HOURS OF OPERATION (EASTERN TIME) | Mon–Thurs 8am-10pm<br>Friday 8am-8pm<br>Saturday 9am-1pm |

| Id | Payment Type | Method | Amount | Extra | Payment Date | Status | Interest | Principal | Autopay ID |
|---|---|---|---|---|---|---|---|---|---|
| 4200234 | Custom | Bank Account | 286.42 | Principal | 11/13/2015 | Active | 113.75 | 172.67 | N/A |
| 8987661 | Custom | Bank Account | 286.42 | Principal | 12/13/2015 | Active | 111.3 | 175.12 | N/A |
| 7824325 | Custom | Bank Account | 286.42 | Principal | 1/13/2016 | Active | 112.13 | 174.29 | N/A |
| 5708972 | Custom | Bank Account | 286.42 | Principal | 2/17/2016 | Active | 124.05 | 162.37 | N/A |
| 5863141 | Custom | Bank Account | 286.42 | Principal | 3/17/2016 | Active | 100.55 | 185.87 | N/A |
| 8331890 | Custom | Bank Account | 286.42 | Principal | 4/17/2016 | Active | 104.76 | 181.66 | N/A |
| 5028995 | Custom | Bank Account | 286.42 | Principal | 7/17/2016 | Active | 286.42 | 0 | N/A |
| 9668118 | Custom | Bank Account | 286.42 | Principal | 8/17/2016 | Active | 115.35 | 171.07 | N/A |
| 9325448 | Custom | Bank Account | 286.42 | Principal | 9/17/2016 | Active | 99.57 | 186.85 | N/A |
| 9667269 | Custom | Bank Account | 286.42 | Principal | 10/17/2016 | Active | 93.71 | 192.71 | N/A |
| 9456852 | Custom | Bank Account | 286.42 | Principal | 11/17/2016 | Active | 94 | 192.42 | N/A |
| 5174952 | Custom | Bank Account | 286.42 | Principal | 12/17/2016 | Active | 88.23 | 198.19 | N/A |
| 4973594 | Custom | Bank Account | 286.42 | Principal | 1/17/2017 | Active | 88.26 | 198.16 | N/A |
| 6340378 | Custom | Bank Account | 286.42 | Principal | 3/9/2017 | Active | 140.41 | 146.01 | N/A |
| 9451602 | Custom | Bank Account | 289.28 | Principal | 4/24/2017 | Active | 123.46 | 162.96 | N/A |

MARLETTE_000192