## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARLETTE FUNDING, LLC d/b/a BEST EGG,<br><br>　　　　　Defendant. | Civil Action No. 2:21-cv-00985-RJC |

### JOINT STATUS REPORT

Pursuant to this Court's December 2, 2022 Order (Dkt. 54) Plaintiff Ronald Henry ("Plaintiff" or "Henry") and Defendant Marlette Funding, LLC d/b/a Best Egg ("Marlette" or "Defendant") (collectively, the "Parties") file this Joint Status Report and in support state:

1.　　On November 11, 2022, the Parties reached a settlement of this case in principle, subject to the negotiation of a mutually acceptable settlement agreement.

2.　　Marlette prepared a draft of a Confidential Settlement Agreement and Release (the "Agreement") and, on November 29, 2022, provided this draft of the Agreement to Plaintiff.

3.　　On December 2, 2022, Plaintiff provided proposed revisions to the draft Agreement to Marlette, who is currently reviewing them.

4.　　The Parties are working diligently to finalize the Agreement and anticipate doing so in the coming days.  Once the Agreement is executed, Plaintiff will file a notice of settlement of this case.  Then, following the completion of additional actions required in the Agreement as currently drafted, the Parties ultimately will file a stipulation for dismissal of this case with prejudice.

- 2 -

5.    The Parties are willing to provide the Court with any additional information it may desire and are available for a Status Conference at the Court's convenience if desired.

Dated: December 9, 2022

**EAST END TRIAL GROUP LLC**

*/s/ Kevin Abramowicz*
Kevin Abramowicz
Kevin Tucker
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
T: (412) 223-5740
F: (412) 626-7101
kabramowicz@eastendtrialgroup.com
ktucker@eastendtrialgroup.com

*Counsel for Plaintiff*
*Ronald Henry*

**REED SMITH LLP**

*/s/ Justin J. Kontul*
Justin J. Kontul
Pa. I.D. No. 206026
Alex G. Mahfood
Pa. I.D. No. 324047
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
T: (412) 288-3131
F: (412) 288-3063
jkontul@reedsmith.com
amahfood@reedsmith.com

*Counsel for Defendant*
*Marlette Funding, LLC d/b/a Best Egg*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

*/s/ Justin J. Kontul*