**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD HENRY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MARLETTE FUNDING, LLC d/b/a BEST EGG,<br><br>        Defendant. | Civil Action No. 2:21-cv-00985-RJC |

**JOINT STATUS REPORT**

Pursuant to this Court's December 21, 2022 Order (Dkt. 59) Plaintiff Ronald Henry ("Plaintiff" or "Henry") and Defendant Marlette Funding, LLC d/b/a Best Egg ("Marlette" or "Defendant") (collectively, the "Parties") file this Joint Status Report and in support state:

1.      On November 11, 2022, the Parties reached a settlement of this case in principle, subject to the negotiation of a mutually acceptable settlement agreement.

2.      Marlette prepared a draft of a Confidential Settlement Agreement and Release (the "Agreement") and, on November 29, 2022, provided this draft of the Agreement to Plaintiff.

3.      On December 2, 2022, Plaintiff provided proposed revisions to the draft Agreement to Marlette.

4.      On December 27, 2022, Marlette confirmed the vast majority of Plaintiff's proposed revisions and further provided some additional, minor proposed revisions to the draft Agreement to Plaintiff.

5.      On December 28, 2022, Plaintiff confirmed almost all of Defendant's proposed revisions and provided an additional revision to the Agreement to Defendant.

6.      The Parties are working diligently to finalize the Agreement and anticipate doing so in the coming days.  Once the Agreement is executed, Plaintiff will file a notice of settlement of this case.  Then, following the completion of additional actions required in the Agreement as currently drafted, the Parties ultimately will file a stipulation for dismissal of this case with prejudice.

7.      The Parties are willing to provide the Court with any additional information it may desire and are available for a Status Conference at the Court's convenience if desired.

Dated: December 28, 2022

**EAST END TRIAL GROUP LLC**                    **REED SMITH LLP**


*/s/ Kevin Abramowicz*                             */s/ Justin J. Kontul*
Kevin Abramowicz                                   Justin J. Kontul
Kevin Tucker                                       Pa. I.D. No. 206026
6901 Lynn Way, Suite 215                           Alex G. Mahfood
Pittsburgh, PA 15208                               Pa. I.D. No. 324047
T: (412) 223-5740                                  225 Fifth Avenue, Suite 1200
F: (412) 626-7101                                  Pittsburgh, PA 15222
kabramowicz@eastendtrialgroup.com                  T: (412) 288-3131
ktucker@eastendtrialgroup.com                      F: (412) 288-3063
                                                   jkontul@reedsmith.com
                                                   amahfood@reedsmith.com
*Counsel for Plaintiff*
*Ronald Henry*                                     *Counsel for Defendant*
                                                   *Marlette Funding, LLC d/b/a Best Egg*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

*/s/ Justin J. Kontul*