UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD HENRY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARLETTE FUNDING, LLC d/b/a BEST EGG,<br><br>　　　　　Defendant. | Case No. 2:21-cv-00985-RJC |

**<u>NOTICE OF SETTLEMENT</u>**

　　Plaintiff files this notice of settlement to notify the Court that the parties have resolved this case. The parties anticipate filing a stipulation of dismissal within thirty (30) days of this notice.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: January 16, 2023　　　　By:　*/s/ Kevin Abramowicz*
　　　　　　　　　　　　　　　　　　Kevin Abramowicz
　　　　　　　　　　　　　　　　　　East End Trial Group LLC
　　　　　　　　　　　　　　　　　　6901 Lynn Way, Suite 215
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15208
　　　　　　　　　　　　　　　　　　Tel: (412) 223-5740
　　　　　　　　　　　　　　　　　　Fax: (412) 626-7101
　　　　　　　　　　　　　　　　　　kabramowicz@eastendtrialgroup.com

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*