**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

RONALD HENRY,

               Plaintiff,

     v.

MARLETTE FUNDING, LLC d/b/a BEST
EGG,

               Defendant.

Case No. 2:21-cv-00985

## STIPULATION OF DISMISSAL

The parties, by and through their respective counsel, hereby stipulate that all of the claims raised by the Plaintiff in the above-captioned matter shall be dismissed with prejudice, with each party to bear its own costs.

Dated: January 30, 2023

| | |
|---|---|
| */s/ Kevin Abramowicz* | */s/ Justin J. Kontul* |
| Kevin Abramowicz | Justin J. Kontul |
| East End Trial Group LLC | Alex G. Mahfood |
| 6901 Lynn Way, Suite 215 | 225 Fifth Ave, Suite 1200 |
| Pittsburgh, PA 15208 | Pittsburgh, PA 15222 |
| (412) 223-5740 | (412) 288-3131 |
| kabramowicz@eastendtrialgroup.com | jkontul@reedsmith.com |
| | amahfood@reedsmith.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |