UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD HENRY,<br><br>           Plaintiff,<br><br>v.<br><br>MARLETTE FUNDING, LLC d/b/a BEST EGG,<br><br>           Defendant. | Case No. 2:21-cv-00985 |

## STIPULATION OF DISMISSAL

The parties, by and through their respective counsel, hereby stipulate that all of the claims raised by the Plaintiff in the above-captioned matter shall be dismissed with prejudice, with each party to bear its own costs.

Dated: January 30, 2023

*/s/ Kevin Abramowicz*
Kevin Abramowicz
East End Trial Group LLC
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
(412) 223-5740
kabramowicz@eastendtrialgroup.com

*Attorney for Plaintiff*

*/s/ Justin J. Kontul*
Justin J. Kontul
Alex G. Mahfood
225 Fifth Ave, Suite 1200
Pittsburgh, PA 15222
(412) 288-3131
jkontul@reedsmith.com
amahfood@reedsmith.com

*Attorney for Defendant*

AND NOW, this 30th day of January, 2023,

it is so ORDERED,

*/s/Robert J. Colville*
United States District Judge